# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 71864-9-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | UNPUBLISHED OPINION |
| ALEXANDER HAMILTON BRIGHTON, | ) | |
| Appellant. | ) | FILED: FEB 2 2015 |

PER CURIAM — Alexander Brighton appeals the sentence imposed following his guilty plea to residential burglary. He contends, and the State concedes, that the court erred in concluding that his Montana convictions are comparable to Washington offenses and must be included in his offender score. The parties also agree that the matter must be remanded for resentencing consistent with State v. Jones, ___ Wn.2d ___, 338 P.2d 278, 282-83 (2014) (under RCW 9.94A.530(2), both parties may present evidence on remand relevant to criminal history). We accept the concession of error and remand for resentencing consistent with Jones.

FOR THE COURT: